DIVIDENDS REMITTED TO THE COURT

Case Number 09-19448 - O'HARA, ELAINE F.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Chagrin Imaging<br>5192 Chillicothe Road<br>#102<br>Chagrin Falls, Ohio 44022 | 000001 | 100.00 | 3.36 |
| Chagrin Imaging<br>5192 Chillicothe Road<br>#102<br>Chagrin Falls, Ohio 44022 | 000002 | 100.00 | 3.36 |
| ---------- Remittance Total ---------- | | 200.00 | 6.72 |

*LAUREN A. HELBLING, Trustee*

#151478

FILED 2010 DEC -8 PM 1:56 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND